IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40583
Conference Calendar
_____


EVERETT EDWARD KENNEY,

Plaintiff-Appellant,

versus

TERRY BOX; PAUL DEWEICE, Administrative Director
of Medical Services for Collin County Jail;
JACKIE LNU, Collin County Medical Services;
CATHY W. LNU, Collin County Medical Services,

Defendants-Appellees.



- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:94-CV-222
- - - - - - - - - -
December 20, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Everett Edward Kenney moves this court for leave to proceed

on appeal in forma pauperis (IFP).  See Fed. R. App. P. 24(a).

In his appellate brief, Kenney fails to challenge the

district court's dismissal of Kenney's civil rights suit.

Therefore, any argument concerning the propriety of applying res

judicata to bar Kenney's claims in his present suit is deemed

---

[*]     Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

abandoned on appeal.  See Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987).  Kenney fails to present a nonfrivolous issue on appeal.  Therefore, IT IS ORDERED that IFP is DENIED, and the appeal is DISMISSED as frivolous.